**STATE of Missouri, Respondent,**

v.

**Curtis A. STOVALL, Appellant.**

**No. WD 36750.**

Missouri Court of Appeals,
Western District.

Jan. 14, 1986.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied March 4, 1986.

Application to Transfer Denied April 15, 1986.

Sean D. O'Brien, Public Defender, Kansas City, David Durbin, Asst. Public Defender, for appellant.

William L. Webster, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, DIXON and LOWENSTEIN, JJ.

PER CURIAM:

Appeal from a court-tried conviction for stealing over $150, § 570.030, RSMo Supp. 1984, and a sentence of three years imprisonment.

Affirmed. Rule 30.25(b).